DISMISS; Opinion issued October 30, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01249-CV

### MARI ANN ROSS AND ALL OCCUPANTS, Appellant

### V.

### TIMOTHY SHIDELER, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-02720-E**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers
Opinion By Chief Justice Wright

Appellant's brief is overdue. By order dated July 20, 2012, the Court denied appellant's fourth extension of time to file a brief. We ordered appellant to file her brief within ten days of the date of the order, and expressly cautioned appellant that failure to do so might result in dismissal of her appeal. To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of her brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

_____
CAROLYN WRIGHT
CHIEF JUSTICE

111249F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARI ANN ROSS AND ALL
OCCUPANTS, Appellant

No. 05-11-01249-CV      V.

TIMOTHY A. SHIDELER, Appellee

Appeal from the County Court at Law No. 5
of Dallas County, Texas. (Tr.Ct.No. CC-11-
02720-E).
Opinion delivered by Chief Justice Wright,
Justices Francis and Lang-Miers
participating.

    In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.  It is **ORDERED** that appellee Timothy A. Shideler recover his costs of this appeal from appellant Mari Ann Ross and all Occupants.

Judgment entered October 30, 2012.

_____
CAROLYN WRIGHT
CHIEF JUSTICE